**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on April 12, 2011**

*Raymond B Ray*
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 10–24945–RBR**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

McMachen Yacht Sales, Inc.
Bahia Mar Yachting Center
801 Seabreeze Blvd.
Fort Lauderdale, FL 33316

EIN: 57–1186238

## FINAL DECREE

The trustee, Leslie S Osborne, having filed a final report that the estate has been fully administered, is discharged and the case is closed.